

Misc. No. 14–8020/AF. U.S. v. Jerome C. Powers. CCA 38205. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b).

No. 13–0717/AF. U.S. v. Zachary R. Lynch. CCA 38094. Appellant's motion to hold case in abeyance denied.

No. 14–0322/MC. U.S. v. Matthew A. Gilbreath. CCA 201200427. Appellant's motion to extend time to file a brief granted, but only up to and including August 12, 2014, and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 14–0540/AR. U.S. v. Dave S. Turner, Jr. CCA 20120405. Appellant's motion for leave to file the supplement to the petition for grant of review out of time granted.

No. 14–0561/NA. U.S. v. John T. Taylor. CCA 201300195. On consideration of the motion filed by Lieutenant David C. Dziengowski for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and the new counsel has assumed the representation of the Appellant. Accordingly, the motion is hereby granted.

No. 14–0660/AR. U.S. v. Michael C. Budka. CCA 20120435. Appellant's motion to file a corrected supplement granted.

No. 14–0695/AF. U.S. v. Anthony S. Lee. CCA S32066. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 28, 2014.